1  McGREGOR W. SCOTT
   United States Attorney
2  WILLIAM S. WONG
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2790

5

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,        ) No. CR-S-04-055 EJG
11                                  )
                 Plaintiff,         )
12                                  ) STIPULATION AND ORDER
        v.                          )
13                                  )
   TERRANCE BUCKNER,                ) Date:  April 29, 2005
14                                  ) Time:  10:00 a.m.
                 Defendants.        ) Judge: Hon. Edward J. Garcia
15                                  )
   _____  )
16

17      It is hereby stipulated between the parties, William Wong,

18 Assistant United States Attorney, attorney for Plaintiff, and Jesse

19 Rivera, attorney for defendant, TERRANCE BUCKNER, as follows:

20      It is agreed that the current Status Conference/Entry of Plea date

21 of April 29, 2005 be vacated, and that a new Status Conference/Entry of

22 Plea date of May 6, 2005 be set.  Counsel require additional time to

23 complete a plea agreement.

24      Therefore, a continuance is requested.  The government has no

25 objections to this request.  The parties stipulate and agree that time

26 from April 29, 2005 until May 6, 2005 be excluded under the Speedy

27 Trial Act pursuant to Local Code T4, Title 18, United States Code,

28 ///

Section 3161(h)(8)(B)(vi), to give the parties reasonable time to prepare.

Dated: April 27, 2005

                Respectfully submitted,

                /s/ Jesse Rivera
                JESSE RIVERA
                Attorney for Defendant
                TERRANCE BUCKNER

                MCGREGOR W. SCOTT
                United States Attorney

Dated: April 27, 2005        /s/ William S. Wong
                WILLIAM S. WONG
                Assistant U.S. Attorney

_____  **ORDER**

**IT IS SO ORDERED.**

Dated: April 28, 2005

                /s/ Edward J. Garcia
                HONORABLE EDWARD J. GARCIA
                United States District Judge