**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Terrence Buckner

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: Cr.S-04-55-EJG |
| Plaintiff, | **ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| Terrence Buckner | DATE: March 14, 2008 |
| Defendant | TIME: 10:00 a.m. |
| | JUDGE: Hon. Edward J. Garcia |

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy hearing.

//////

//////

//////

- 1 -

1  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the
2  stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated:   March 13, 2008          /s/ Edward J. Garcia
                                 Edward J. Garcia
                                 Senior Judge
                                 United States District Court