1  **JAN DAVID KAROWSKY**
   Attorney at Law
2  A Professional Corporation
   California State Bar Number 53854
3  716 19th Street, Suite 100
   Sacramento, CA 95811-1767
4  (916) 447-1134
   (916) 448-0265 (Fax)
5
   Attorney for Defendant
6  Terrence Buckner



7              UNITED STATES DISTRICT COURT

8        IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | United States of America,        ) Case No.: Cr.S-04-55-EJG
                                      )
11 |         Plaintiff,                ) **ORDER TO CONTINUE STATUS**
                                      ) **CONFERENCE**
12 |     vs.                           )
                                      )
13 | Terrence Buckner                  ) DATE:  March 14, 2008
                                      ) TIME:  10:00 a.m.
14 |         Defendant                 ) JUDGE: Hon. Edward J. Garcia
                                      )
15                                    )
                                      )
16                                    )

17

18    Based on the stipulation of the parties and good cause appearing therefrom, the Court

19 hereby finds that the failure to grant a continuance in this case would deny defense counsel

20 reasonable time necessary for effective preparation, taking into account the exercise of due

21 diligence. The Court specifically finds that the ends of justice served by the granting of such

22 continuance outweigh the interests of the public and the defendant in a speedy hearing.

23 //////

24 //////

25 //////

1  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the
2  stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated:   3/13/08

_____
Edward J. Garcia
Senior Judge
United States District Court