UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
March 27, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR.S-04-0055-EJG |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| TERRANCE O'NEIL BUCKNER, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release TERRANCE O'NEIL BUCKNER, Case No. CR.S-04-0055-EJG from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__X__   Release on Personal Recognizance

_____   Bail Posted in the Sum of: $

　　　　_____   Unsecured Appearance Bond

　　　　_____   Appearance Bond with Surety

__X__   (Other) <u>Conditions as previously imposed while under Supervised Release.</u>

__X__   (Other) <u>The Defendant is ordered to be released to the Effort Drug Treatment Center on April 9, 2008.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __03/27/08__ at 3:28 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge