UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

FILED
JUN 6 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-S-04-055 |
| Plaintiff, ) | |
| v. ) | RELEASE ORDER NO. _____ |
| *Terrance Buckner* ) | |
| Defendant. ) | ORDER FOR RELEASE OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release *Terrance O'Neil Buckner*, Case No. *S-04-055*,

Charge _____,

from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

_____ Release on Personal Recognizance

_____ Bail posted in the sum of $_____

_____ Unsecured Appearance Bond

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__X__ (Other) *to be released on Monday, June al July 9, 2008, to report to Westcare, California*

RECEIVED 2008 JUN -6 AM 10:36 UNITED STATES MARSHAL EASTERN DISTRICT OF CALIFORNIA

This release order is not effective until the defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at *Sacramento, Calif.*, on *June 6, 2008*

19 ____ at _____ a.m./p.m.

By _____
United States District Judge or
United States Magistrate

Original - U.S. Marshal