**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Terrence Buckner

**FILED**

AUG 13 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Terrence Buckner<br><br>    Defendant | Case No.: Cr.S-04-55-EJG<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br><br>DATE: August 15, 2008<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Edward J. Garcia |

### FACTUAL SUMMARY

The defendant currently is in the final phase of a court ordered residential treatment program in Fresno. The defendant will not complete the program until September 7, 2008. For continuity of treatment, the program and the defendant's Probation Officer, Cynthia Mazzei, are requesting that the date for sentencing be continued from August 15, 2008 until September 19, 2008, a date convenient for all parties. By that date, based on how well the defendant has been performing in the program, it is expected he will have successfully completed the program and the Probation Officer will be recommending no further incarceration.

1  Therefore, it is requested that Sentencing, now set for August 15, 2008 at 10 a.m., be
2  continued to September 19, 2008 at 10:00 a.m.. I have spoken to the prosecuting AUSA,
3  William Wong, who has no opposition to this request. In fact, he has agreed that I may sign his
4  name to this request.

## STIPULATION

7  Plaintiff, United States, and Defendant, Terrence Buckner, through their undersigned
8  counsel, hereby stipulate and agree that the Court may re-set the date for Sentencing to
9  September 19, 2008 at 10:00 a.m. The parties further stipulate that time may be excluded from
10 the Speedy Trial Act calculation from the date of August 15, 2008, the original date set for
11 Sentencing, to September 19, 2008, pursuant to 18 U.S.C. §3161 (h)(3)(A)(B) based on the
12 defendant's unavailability.

**IT IS SO STIPULATED.**

DATED:   August 12, 2008         McGREGOR W. SCOTT
                                 United States Attorney

                                 by    /s/ William Wong
                                       William Wong
                                       Assistant U.S. Attorney
                                       by Jan David Karowsky


DATED:   August 12, 2008         JAN DAVID KAROWSKY
                                 Attorney at Law
                                 A Professional Corporation

                                 by    /s/ Jan Karowsky
                                       JAN DAVID KAROWSKY
                                       Attorney for Defendant
                                       Terrence Buckner

1 | IT IS SO ORDERED.

2 | Dated: 8/13/08

Edward J. Garcia
Senior Judge
United States District Court