# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.
**TERRANCE BUCKNER**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **2:04CR055-01**

Jan Karoswky
Defendant's Attorney

**THE DEFENDANT:**
[✔] admitted guilt to violation of charge(s) 1, 2, 3 & 4 as alleged in the violation petition filed on March 6, 2008.
[ ] was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on ___.
ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|

See next page.

The court: [ ] revokes: [✔] modifies and continues under same conditions of supervision heretofore ordered on June 3, 2005 and adds conditions as set forth on page 3 of this document.

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] Charge(s) ___ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

September 19, 2008
Date of Imposition of Sentence

/s/ Edward J. Garcia
Signature of Judicial Officer

**EDWARD J. GARCIA**, United States District Judge
Name & Title of Judicial Officer

September 30, 2008
Date

CASE NUMBER:      2:04CR055-01                                          Judgment - Page 2  of  3
DEFENDANT:        TERRANCE BUCKNER

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | New law violation | 6/7/07 |
| 2 | New law violation | 11/15/07 |
| 3 | New law violation | 11/27/07 |
| 4 | New law violation | 2/4/08 |

## ADDITIONAL CONDITIONS OF SUPERVISION

1. The defendant shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale.

2. As directed by the probation officer, the defendant shall participate in a program of mental health treatment (inpatient or outpatient.)